IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TONYA CREAGER                                                              PLAINTIFF

v.                                 Civil No. 2:13-cv-02007

COMMISSIONER, SOCIAL                              DEFENDANT
SECURITY ADMINISTRATION

**ORDER**

      Plaintiff has submitted a Complaint for filing, together with Motion for Leave to Proceed *in forma pauperis (*IFP*).*  ECF No. 2.

      On January 9, 2013, Plaintiff was ordered to file an Amended IFP Application by January 23, 2013, based on the failure to answer Question 3(d) on the IFP Application.  ECF No. 5.  On January 23, 2013 by Text Order, Plaintiff was given until February 7, 2013 to file an Amended IFP Application.  To date, Plaintiff has failed to file an Amended IFP Application.  Accordingly, the Plaintiff's Motion for Leave to Proceed *in forma pauperis*  (ECF No. 2) is **DENIED**.  Plaintiff is directed to pay the filing fee of $350.00 within twenty (20) days of the date of this order.  Failure to pay the $350.00 filing fee will result in dismissal of this action.

      **IT IS SO ORDERED** this **5th day of March, 2013.**

                                               /s/   Barry A. Bryant
                                               HON. BARRY A. BRYANT
                                               U.S. MAGISTRATE JUDGE