IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TONYA CREAGER                                                                               PLAINTIFF

v.                        Civil No. 2:13-cv-02007

COMMISSIONER, SOCIAL                              DEFENDANT
SECURITY ADMINISTRATION

**ORDER**

Plaintiff has submitted a Complaint for filing, together with Motion for Leave to Proceed *in forma pauperis (*IFP*)*. ECF Nos. 1, 2. The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 10.

On January 9, 2013, Plaintiff was ordered to file an Amended IFP Application by January 23, 2013, based on the failure to answer Question 3(d) on the IFP Application. ECF No. 5. On January 23, 2013 by Text Order, Plaintiff was given until February 7, 2013 to file an Amended IFP Application. Plaintiff failed to file an Amended IFP Application.

On March 5, 2013 the Plaintiff's Motion for Leave to Proceed *in forma pauperis* (ECF No. 2) was denied based on Plaintiff failure to file an Amended IFP Application and Plaintiff was directed to pay the filing fee of $350.00 within twenty (20) days of the date of the order. ECF No. 11. Plaintiff was informed that failure to pay her filing fee would result in dismissal of her Complaint. *Id.* More than twenty days has passed and Plaintiff has failed to pay the filing fee.

Accordingly, Plaintiff's Complaint is **DISMISSED** without prejudice based on Plaintiff's failure to pay the filing fee.

**IT IS SO ORDERED** this **29th day of March, 2013.**

                                                            /s/   Barry A. Bryant
                                                            HON. BARRY A. BRYANT
                                                            U.S. MAGISTRATE JUDGE